In re 680 FIFTH AVENUE
ASSOCIATES, et al.,
Debtors.

680 FIFTH AVENUE ASSOCIATES,
54th and Fifth Land Partners,
Plaintiffs–Appellants,

v.

The MUTUAL BENEFIT LIFE INSUR-
ANCE COMPANY IN REHABILI-
TATION, Defendant–Appellee.

No. 93 Civ. 3402 (LBS).

United States District Court,
S.D. New York.

Sept. 30, 1993.

### ORDER

SAND, District Judge.

After full briefing and oral argument, we affirm the decision of the Bankruptcy Court, substantially for the reasons set forth in the Opinion of Bankruptcy Judge Francis G. Conrad, 156 B.R. 726.

SO ORDERED.